USCA1 Opinion

 

 June 24, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2110 WALTER R. SIMPSON, JR., Plaintiff, Appellant, v. GEORGE A. VOSE, JR., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Walter R. Simpson, Jr. on brief pro se. ______________________ Michael B. Grant, Senior Legal Counsel, Rhode Island Department _________________ of Corrections, on brief for appellees. ____________________ ____________________ Per Curiam. We affirm the judgment substantially for __________ the reasons recited in the magistrate-judge's report dated August 11, 1995. See also Figueroa v. Vose, 81 F.3d 147, ________ ________ ____ 1996 WL 136891 (1st Cir. 1996) (per curiam) (table). Inasmuch as plaintiff did not incur any loss of good-time credits, we voice no opinion as to whether such a sanction might give rise to a liberty interest under Sandin v. Conner, ______ ______ 115 S. Ct. 2293 (1995).  Affirmed. See Loc. R. 27.1. ____________________________ -2-